EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 4 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 04-00106 SOM |
| Plaintiff, | INDICTMENT |
| v. | |
| HANNAH K. SHELDON, (01) and RAYMOND T. SHELDON, (02) | [21 U.S.C. §§ 841, 846, 844] |
| Defendants. | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 26, 2004, in the District of Hawaii and elsewhere, HANNAH K. SHELDON and RAYMOND T. SHELDON knowingly attempted to possess with the intent to distribute, 500 grams or more or a mixture or substance

containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

## COUNT 2

The Grand Jury further charges:

On or about February 26, 2004, in the District of Hawaii, HANNAH SHELDON knowingly possessed, with the intent to distribute, a quantity of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges:

On or about February 26, 2004, in the District of Hawaii, RAYMOND T. SHELDON knowingly possessed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//

All in violation of Title 21, United Stated Code, Section 844.

DATED: March 4, 2004 at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
Foreperson, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

3