EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 6 2004

at 4 o'clock and 25 min. P.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00106-02 SOM |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| RAYMOND T. SHELDON, (02) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the

Indictment against RAYMOND T. SHELDON on the ground that his Motion to Suppress Evidence was granted on July 9, 2004 by the Honorable Susan Oki Mollway, and the government has decided not to appeal the decision.

The Defendant is not in custody on this matter.

DATED: Honolulu, Hawaii, _October 6, 2004_.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _Loretta Sheehan_
LORETTA SHEEHAN
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_SUSAN OKI MOLLWAY_
THE HON. SUSAN OKI MOLLWAY
UNITED STATES DISTRICT COURT JUDGE

United States v. Raymond T. Sheldon
CR. NO. 04-00106-02 SOM
Order for Dismissal

2